UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Elmorsky

      Plaintiff(s),

    -against-

Viand, Et al

      Defendant(s).
------------------------------------------------------------x

ORDER OF DISCONTINUANCE

13 Civ. 0133H(CM)(FM)

    It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

    ORDERED that said action be and hereby is, discontinued with prejudice and without costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:  New York, New York
      August 29, 2014

_____
FRANK MAAS
United States Magistrate Judge

_____
Attorney(s) for Plaintiff

_____
Attorney(s) for Defendants

Agreed and Consented to:

NADER.A

Agreed and Consented to:
DEFENDANT

DIMITRIOS KONTACOS

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/14
```